COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Texas Construction Specialists, L.L.C.

Appellate case number:    01-18-01028-CV

Trial court case number:  16-CV-1259

Trial court:              405th District Court of Galveston County

Relator, Texas Construction Specialists, L.L.C., has filed a petition for a writ of mandamus and an "Emergency Motion to Stay." The motion to stay is **granted**. The trial court proceedings in Case No. 16-CV-1259, Galveston County, Texas are stayed. The stay is effective until disposition of relator's petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition from the real parties in interest. **The response, if any, is due to be filed with this Court no later than 14 days of the date of this order.**

It is so ORDERED.

Judge's signature: ___/s/ Terry Jennings_____
                   ☒ Acting individually     ☐ Acting for the Court

Date: __November 19, 2018_____